## Horowitz Unemployment Compensation Case.

Argued June 16, 1966. *Max Horowitz*, claimant, appellant, in propria persona; *Sydney Reuben*, Assistant Attorney General, with him *Edward Friedman*, Acting Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Huster et al., Appellants, *v.* Continental Casualty Company.

Argued June 15, 1966. *John C. Gault, Jr.*, with him *Candor, Youngman, Gibson & Gault*, for appellants; *Laurence H. Eldredge*, with him *Harry Alvan Baird*, for appellee.

Order affirmed.

## Iraca, Appellant, *v.* Kitko.

Argued June 13, 1966. *Joseph J. Lee*, for appellant; *F. Cortez Bell, Sr.*, with him *Bell, Silberblatt & Swoope*, for appellees.

Judgment affirmed.

WATKINS, J., absent.